**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eugene Charles Conrad Jr. aka Eugene C. Conrad aka Chip Conrad | BK NO. 20-03513 HWV |
| Crystal M. Conrad fka Crystal M. Riley Debtor(s) | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
31 Dec 2020, 12:09:45, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322