Certificate Number: 16339-PAM-DE-035271200

Bankruptcy Case Number: 20-03513



16339-PAM-DE-035271200

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 15, 2021</u>, at <u>12:26</u> o'clock <u>PM EST</u>, <u>Eugene Conrad</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 15, 2021</u>

By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>