Certificate Number: 16339-PAM-DE-035271201

Bankruptcy Case Number: 20-03513


16339-PAM-DE-035271201

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2021, at 12:26 o'clock PM EST, Crystal Conrad completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 15, 2021

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor