# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Eugene Charles Conrad Jr. aka Eugene C. Conrad aka Chip Conrad** | **BK NO. 20-03513 HWV** |
| **Crystal M. Conrad fka Crystal M. Riley** | **Chapter 13** |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Foundation Finance Company and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
20 Jan 2021, 17:02:34, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322