United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Eugene Charles Conrad, Jr.  
Crystal M. Conrad  
    Debtors

Case No. 20-03513-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 22, 2021      Form ID: ntcnfhrg      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene Charles Conrad, Jr., Crystal M. Conrad, 180 N. 61st Street, Harrisburg, PA 17111-4307 |
| 5379085 | + | AES/NCTR, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5379087 | + | AT&T Mobility, c/o Sequium Asset Solutions, LLC, 1130 Northchase Pkwy, Ste 150, Marietta, GA 30067-6429 |
| 5379088 | + | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5379091 | | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5379096 | + | Exchange Service, PO Box 740813, Cincinnati, OH 45274-0813 |
| 5379097 | + | Fed Loan Servicing, Attn: Bankruptcy, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5384419 | + | Foundation Finance Company, LLC, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 5379099 | + | Freedom Mortgage, PO Box 6656, Chicago, IL 60680-6656 |
| 5379102 | + | Humana Military, PO Box 740061, Louisville, KY 40201-7461 |
| 5379104 | + | Kenneth Riley, 6717 Monroe Avenue, West Mifflin, PA 15122-2743 |
| 5379106 | + | MS Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5381915 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5379107 | + | PAM-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 5379108 | + | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5384951 | | Penn State Hershey Medical Center, c/o Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5379110 | + | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5379111 | + | Phyllis Cook, 427 Livingston Road, West Mifflin, PA 15122-2524 |
| 5379112 | + | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 5379113 | + | RoundPoint Mortgage Servicing Corp, Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 5385613 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5379116 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5382438 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5380743 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5379117 | + | Wells Fargo Educational Financial, Attn: Bankruptcy, PO Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jan 22 2021 19:09:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5380718 | | Email/Text: ally@ebn.phinsolutions.com | Jan 22 2021 19:08:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5379086 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 22 2021 19:08:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5385917 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 22 2021 19:09:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 5379105 | | Email/Text: BankruptcyNotices@aafes.com | Jan 22 2021 19:09:00 | Military Star, The Exchange, PO Box 740890, Cincinnati, OH 45274 |
| 5379084 | | Email/Text: BankruptcyNotices@aafes.com | Jan 22 2021 19:09:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5379089 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 22 2021 19:27:23 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5381205 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 22 2021 19:26:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5379090 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 22 2021 19:26:42 | Capital One/Bass Pro, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5379092 | + | Email/Text: bankruptcy@credencerm.com | Jan 22 2021 19:09:00 | Credence Resource Mangement, LLC, PO Box 2390, Southgate, MI 48195-4390 |
| 5379093 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 22 2021 19:09:00 | Credit Acceptance, Attn: Bankruptcy Dept, 25505 West 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 5381486 | | Email/Text: mrdiscen@discover.com | Jan 22 2021 19:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5379094 | + | Email/Text: mrdiscen@discover.com | Jan 22 2021 19:09:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5379095 | + | Email/Text: dplbk@discover.com | Jan 22 2021 19:09:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5379098 | | Email/Text: nwilliamson@foundationfinance.com | Jan 22 2021 19:10:00 | Foundation Finance Company, Attn: Bankruptcy, PO Box 437, Schofield, WI 54476 |
| 5379100 | | Email/Text: bk@freedomfinancialnetwork.com | Jan 22 2021 19:08:00 | Freedom Debt Relief, 4940 South Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 5379101 | + | Email/Text: bfinnall@hillcrestdavidson.com | Jan 22 2021 19:09:00 | Hillcrest Davidson & A, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 5379082 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2021 19:09:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5379083 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 19:09:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5379109 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 19:09:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5379114 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 19:27:17 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5379115 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 22 2021 19:10:00 | Transworld Systems, Inc., PO Box 15110, Wilmington, DE 19850-5110 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5379103 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5380777 | * | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Eugene Charles Conrad Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Crystal M. Conrad gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Foundation Finance Company bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Eugene Charles Conrad Jr., aka Eugene C. Conrad, aka Chip Conrad, | Chapter 13 |
| **Debtor 1** | Case No. 1:20−bk−03513−HWV |
| Crystal M. Conrad, fka Crystal M. Riley, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 17, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: February 24, 2021  Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 22, 2021 |

ntcnfhrg (03/18)