UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  EUGENE CHARLES CONRAD, JR.      :  CHAPTER 13
        and CRYSTAL M. CONRAD           :
            Debtor(s)                   :
                                        :
        CHARLES J. DEHART, III          :
        STANDING CHAPTER 13 TRUSTEE     :
            Movant                      :
                                        :
            vs.                         :
                                        :
        EUGENE CHARLES CONRAD, JR.      :
        and CRYSTAL M. CONRAD           :
            Respondent(s)               :  CASE NO.   1-20-bk-03513


WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this   18ᵗʰ   day of February, 2021, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about January 26, 2021 be withdrawn, as all issues have been resolved.

                              Respectfully submitted:

                              /s/Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097


CERTIFICATE OF SERVICE

        AND NOW, this   18th   day of February, 2021, I hereby certify that I have
served the within Motion by electronically notifying parties or by depositing a true and correct
copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first
class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111


                              /s/Deborah A. Behney
                              Office of Charles J. DeHart, III
                              Standing Chapter 13 Trustee