Rev. 12/01/17

## LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Eugene Charles Conrad, Jr.
a/k/a Eugene C. Conrad
a/k/a Chip Conrad
Crystal M. Conrad
f/k/a Crystal M. Riley

**Debtor(s)**

CHAPTER 13

CASE NO. 1 - 20 -bk- 03513

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

**A.** Presumptively reasonable fees under L.B.R. 2016-2(c)
1. Amount agreed to by debtor — $
2. Less amount paid to attorney outside of plan distributions — $
3. Balance of compensation to be paid through plan distributions — $
4. Expenses advanced to be paid through plan distributions: (describe expense and amount) — $

**B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)
1. Compensation and expenses to be approved by the Court — $ 11,259.42
2. Less amounts paid to attorney outside of plan distributions — $ 1,532.00
3. Balance of compensation and expenses to be paid through plan distributions — $ 9,727.42

**C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: — $ 9,727.42

Dated: 07 / 23 / 2021

_/s/_
Attorney for Debtor

For fees and costs through July 21, 2021. A fee application will be filed in the near future.