# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>EUGENE CHARLES CONRAD JR<br>CRYSTAL M CONRAD, FKA CRYSTAL M RILEY | CASE NO: 1:20-bk-03513<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/29/2021, I did cause a copy of the following documents, described below,

Order Confirming 3rd Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2021

/s/ Gary J. Imblum, Esquire
Gary J. Imblum, Esquire  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 238 5250

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>EUGENE CHARLES CONRAD JR<br>CRYSTAL M CONRAD, FKA CRYSTAL M RILEY | CASE NO: 1:20-bk-03513<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/29/2021, a copy of the following documents, described below,

Order Confirming 3rd Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum, Esquire
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eugene Charles Conrad Jr.,　　　　　　　　　　　Chapter　　　13
aka Eugene C. Conrad, aka Chip Conrad,

**Debtor 1**　　　　　　　　　　　　　　　　　　Case No.　　1:20-bk-03513-HWV

Crystal M. Conrad,
fka Crystal M. Riley,

**Debtor 2**

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 11, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: July 29, 2021　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　Honorable Henry W. Van Eck
　　　　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　By: PamelaRadginski, Deputy Clerk

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-20-BK-03513-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>THU JUL 29 11-34-46 EDT 2021 | CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | AESNCTR<br>PO BOX 61047<br>HARRISBURG PA 17106-1047 |
| ATT MOBILITY<br>CO SEQUIUM ASSET SOLUTIONS LLC<br>1130 NORTHCHASE PKWY STE 150<br>MARIETTA GA 30067-6429 | ATT MOBILITY II LLC<br>ATT SERVICES INC<br>KAREN A CAVAGNARO PARALEGAL<br>ONE ATT WAY SUITE 3A104<br>BEDMINSTER NJ 07921-2693 | ALLY BANK<br>AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | ALLY BANK CO AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 |
| BARCLAYS BANK DELAWARE<br>ATTN BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON DE 19899-8801 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CAPITAL ONEBASS PRO<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CITIBANK NORTH AMERICA<br>CITIBANK SD MC 425<br>5800 SOUTH CORP PLACE<br>SIOUX FALLS SD 57108 | CRYSTAL M CONRAD<br>180 N 61ST STREET<br>HARRISBURG PA 17111-4307 |
| DEBTOR<br>EUGENE CHARLES CONRAD JR<br>3329 RECKER DRIVE<br>PITTSBURGH PA 15227-4247 | WILLIAM E CRAIG<br>MORTON CRAIG LLC<br>110 MARTER AVENUE SUITE 301<br>MOORESTOWN NJ 08057-3125 | CREDENCE RESOURCE MANGEMENT LLC<br>PO BOX 2390<br>SOUTHGATE MI 48195-4390 |
| CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY DEPT<br>25505 WEST 12 MILE RD STE 3000<br>SOUTHFIELD MI 48034-8331 | CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER PERSONAL LOANS<br>ATTN BANKRUPTCY<br>PO BOX 30954<br>SALT LAKE CITY UT 84130-0954 | DISCOVER PERSONAL LOANS<br>PO BOX 30954<br>SALT LAKE CITY UT 84130-0954 |
| EXCHANGE SERVICE<br>PO BOX 740813<br>CINCINNATI OH 45274-0813 | FED LOAN SERVICING<br>ATTN BANKRUPTCY<br>PO BOX 60610<br>HARRISBURG PA 17106-0610 | FOUNDATION FINANCE COMPANY<br>7802 MEADOW ROCK DRIVE<br>WESTON WI 54476-5262 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FOUNDATION FINANCE COMPANY LLC<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | FREEDDOM MORTGAGE<br>PO BOX 6656<br>CHICAGO IL 60680-6656 | FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 |
| FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID DRIVE<br>FISHERS IN 46037-9764 | HILLCREST DAVIDSON A<br>ATTN BANKRUPTCY<br>715 N GLENVILLE - SUITE 450<br>RICHARDSON TX 75081-2898 | HUMANA MILITARY<br>PO BOX 740061<br>LOUISVILLE KY 40201-7461 |
| ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG PA 17111-2660~~ | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KENNETH RILEY<br>6717 MONROE AVENUE<br>WEST MIFFLIN PA 15122-2743 |
| MS HERSHEY MEDICAL CENTER<br>PO BOX 643291<br>PITTSBURGH PA 15264-3291 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | PA DEPT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 |
| PAM PA TURNPIKE<br>PO BOX 1153<br>MILWAUKEE WI 53201-1153 | PENN STATE HEALTH<br>PO BOX 829725<br>PHILADELPHIA PA 19182-9725 | PENN STATE HERSHEY MEDICAL CENTER<br>CO BUREAU OF ACCOUNT MANAGEMENT<br>3607 ROSEMONT AVENUE SUITE 502<br>PO BOX 8875<br>CAMP HILL PA 17001-8875 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA TURNPIKE COMMISSION<br>300 EAST PARK DRIVE<br>HARRISBURG PA 17111-2729 |
| PENNSYLVANIA TURNPIKE COMMISSION<br>ALBERT C PETERS II<br>PO BOX 67676<br>HARRISBURG PA 17106-7676 | PHYLLIS COOK<br>427 LIVINGSTON ROAD<br>WEST MIFFLIN PA 15122-2524 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RAS LAVRAR LLC<br>425 COMMERCE DRIVE SUITE 150<br>FORT WASHINGTON PA 19034-2727 | ROUNDPOINT MORTGAGE SERVICING CORP<br>ATTN BANKRUPTCY<br>PO BOX 19409<br>CHARLOTTE NC 28219-9409 | REBECCA ANN SOLARZ<br>KML LAW GROUP PC<br>701 MARKET ST<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| SYNCBPPC<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | TRANSWORLD SYSTEMS INC<br>PO BOX 15110<br>WILMINGTON DE 19850-5110 | US DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

WELLS FARGO BANK NA
ATTN BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
DES MOINES IA 50328-0001

WELLS FARGO BANK NA
PO BOX 10438 MAC F823502F
DES MOINES IA 50306-0438

WELLS FARGO BANK NA
WELLS FARGO EDUCATION FINANCIAL
SERVICES
PO BOX 10438 MAC F8235-02F
DES MOINES IA 50306-0438

WELLS FARGO EDUCATIONAL FINANCIAL
ATTN BANKRUPTCY
PO BOX 5185
SIOUX FALLS SD 57117-5185

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
Foundation Finance Company
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
FREEDOM MORTGAGE CORPORATION
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(Former Trustee)

dehartstaff@pamd13trustee.com

(Creditor)
Credit Acceptance Corporation
25505 West 12 Mile Road
Southfield, MI 48034
represented by:
William E. Craig
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

ecfmail@mortoncraig.com

Eugene Charles Conrad, Jr.
3329 Recker Drive
Pittsburgh, PA 15227
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

Crystal M. Conrad
180 N. 61st Street
Harrisburg, PA 17111
(Debtor 2)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118