LOCAL BANKRUPTCY FORM 5071-1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 1:20-bk-03513-HWV |
| | : | |
| EUGENE CHARLES CONRAD, JR. | : | Chapter 13 |
| a/k/a EUGENE C. CONRAD | : | |
| a/k/a CHIP CONRAD | : | **Nature of Proceeding**: |
| and CRYSTAL M. CONRAD | : | Motion for Relief from Automatic Stay |
| f/k/a CRYSTAL M. RILEY, | : | |
| | : | |
| Debtors | : | |
| ------------------------------------------------------ | : | |
| ALLY BANK, | : | |
| Movant | : | |
| v. | : | |
| | : | |
| EUGENE CHARLES CONRAD, JR. | : | |
| a/k/a EUGENE C. CONRAD | | |
| a/k/a CHIP CONRAD | | |
| and CRYSTAL M. CONRAD | | |
| f/k/a CRYSTAL M. RILEY, | | |
| | | |
| Respondents | | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Awaiting response from Movant to settlement offer by Respondent.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 23, 2021   /s/ Jason Brett Schwartz
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　Jason Brett Schwartz, Esquire
　　　　　　　　　　　　　　　　　　　I.D. No.: 92009
　　　　　　　　　　　　　　　　　　　(267) 909-9036

_ No alterations or interlineations of this document are permitted
_ If this is not a first request for continuance, then a Motion for Continuance must be filed.