# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

September 14, 2021

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Eugene Charles Conrad, Jr. and Crystal M. Conrad
Chapter 13, Bankruptcy Case No. 1:20-bk-03513 HWV

Dear Clerk:

Please be advised that the address for Debtors has changed to the following:

3329 Recker Drive
Pittsburgh, PA 15227

The Debtor's <u>previous</u> address was as follows:

180 North 61st Street
Harrisburg, PA 17111

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service