IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>Eugene Charles Conrad, Jr. and Crystal M. Conrad<br><br>FREEDOM MORTGAGE CORPORATION,<br>    Movant<br><br>vs.<br><br>Eugene Charles Conrad, Jr. and Crystal M. Conrad,<br>    Debtor | Case No. 1:20-bk-03513-HWV<br>Chapter 13 |

# CERTIFICATION OF NO RESPONSE

**NOW COMES** FREEDOM MORTGAGE CORPORATION ("Movant") by and through its undersigned counsel, and hereby certifies, pursuant to Local Rule 9014-1(d), that all necessary parties were served with Movant's Motion for Relief from Automatic Stay [D.E. 54], as evidenced by the Certificate of Service attached hereto as Exhibit A, and that no response was filed within fourteen (14) days of service thereof.

This, the 24th day of September, 2021.

                                              */s/ Mario Hanyon*
                                              Mario Hanyon
                                              (Bar No. 203993)
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              302 Fellowship Road, Ste 130
                                              Mount Laurel, NJ 08054
                                              Telephone: 844-856-6646 x4560
                                              Facsimile: 704-369-0760
                                              E-Mail: pabkr@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>Eugene Charles Conrad, Jr. and Crystal M. Conrad<br><br>FREEDOM MORTGAGE CORPORATION,<br>    Movant<br><br>vs.<br><br>Eugene Charles Conrad, Jr. and Crystal M. Conrad,<br>    Debtor | Case No. 1:20-bk-03513-HWV<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification Of No Response has been electronically served or mailed, postage prepaid on September 27, 2021 to the following:

Eugene Charles Conrad, Jr.
3329 Recker Drive
Pittsburgh, PA 15227

Crystal M. Conrad
180 N. 61st Street
Harrisburg, PA 17111

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
gary.imblum@imblumlaw.com

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee , US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                                                */s/ Mario Hanyon*
                                                Mario Hanyon
                                                (Bar No. 203993)
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                302 Fellowship Road, Ste 130
                                                Mount Laurel, NJ 08054

Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com