# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

January 6, 2022

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Eugene & Crystal Conrad
Chapter 13 - Bankruptcy Case No. 1:20-bk-03513

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

PAM PA TURNPIKE
700 S EISENHOWER BLVD
MIDDLETOWN PA 17057-5529

The Creditor's <u>previous</u> address was as follows:

PAM PA TURNPIKE
PO BOX 1153
MILWAUKEE WI 53201-1153

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm