UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: EUGENE CHARLES CONRAD, JR.
CHIP CONRAD, EUGENE C. CONRAD
CRYSTAL M. CONRAD
FKA CRYSTAL M. RILEY
    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-20-03513-HWV

vs.

EUGENE CHARLES CONRAD, JR.
CHIP CONRAD, EUGENE C. CONRAD
CRYSTAL M. CONRAD
FKA CRYSTAL M. RILEY
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 29, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: March 29, 2023            Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Email:droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: EUGENE CHARLES CONRAD, JR.
CHIP CONRAD, EUGENE C. CONRAD
CRYSTAL M. CONRAD
FKA CRYSTAL M. RILEY
      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 1-20-03513-HWV

vs.
EUGENE CHARLES CONRAD, JR.
CHIP CONRAD, EUGENE C. CONRAD
CRYSTAL M. CONRAD
FKA CRYSTAL M. RILEY
      Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

      April 26, 2023 at 09:35 AM
      Sylvia H. Rambo U.S. Courthouse
      Bankruptcy Courtroom #8
      4th Floor, 1501 N. 6th Street
      Harrisburg PA, 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1,575.00**
    **AMOUNT DUE FOR THIS MONTH: $525.00**
    **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2,100.00**

**NOTE:**
ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by anyother special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
   CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   March 29, 2023

Respectfully submitted,

/s/  Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:     EUGENE CHARLES CONRAD, JR.
CHIP CONRAD, EUGENE C. CONRAD
CRYSTAL M. CONRAD
FKA CRYSTAL M. RILEY           CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE           CASE NO: 1-20-03513-HWV

         Movant

vs.

EUGENE CHARLES CONRAD, JR.
CHIP CONRAD, EUGENE C. CONRAD
CRYSTAL M. CONRAD
FKA CRYSTAL M. RILEY

         Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on March 29, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

EUGENE CHARLES CONRAD, JR.
CRYSTAL M. CONRAD
3329 RICKER DRIVE
PITTSBURGH  PA  15227-

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date:  March 29, 2023 | /s/  Matt Arcuri<br>Office of the Standing Chapter 13 Trustee<br>JackN. Zaharopoulos<br>Suite A, 8125 Adams Dr.<br>Hummelstown,PA17036<br>Phone:(717)566-6097<br>email:info@pamd13trustee.com |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: EUGENE CHARLES CONRAD, JR.
    AKA: CHIP CONRAD, EUGENE C.
    CONRAD
    CRYSTAL M. CONRAD
    AKA: FKA CRYSTAL M. RILEY

                                        CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant                            CASE NO: 1-20-03513-HWV

vs.

EUGENE CHARLES CONRAD, JR.
AKA: CHIP CONRAD, EUGENE C.
CONRAD
CRYSTAL M. CONRAD
AKA: FKA CRYSTAL M. RILEY

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.