| | |
|---|---|
| IN RE: | CASE NO: 2003513 |
| CRYSTAL M CONRAD and EUGENE C CONRAD JR | CHAPTER 13 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION**

As to Claim 4 filed on 12/21/2020, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Katherine R. Wambold
Katherine R. Wambold
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-866-834-7960

BKNOCS (08/2018)