IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
EUGENE CHARLES CONRAD : CASE NO. 1:20-bk-03513-HWV
CRYSTAL M. CONRAD :
        Debtors : CHAPTER 13
 :
JACK ZAHAROPOULOS, ESQUIRE :
STANDING CHAPTER 13 TRUSTEE :
        Movant :
 :
v. :
 :
EUGENE CHARLES CONRAD :
CRYSTAL M. CONRAD :
        Respondent :

## DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO MODIFY PLAN

**AND NOW,** come Debtors, Eugene Charles Conrad and Crystal M. Contad, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted. Further, Debtors filed an Amended Schedules I and J listing disposable income of $3,398.42. However, the amount being withheld from Eugene Conrad's pay check for withholding for insurance will increase by $230.45 effective January of 2025. Accordingly, Debtors believe and hereby aver that their disposable income is $3,167.97.

5. Admitted. For further response, see Debtors' Amended Schedule I, which was filed today.

6. Admitted. Further, Debtors have no opposition to an increase in their Plan payments to $3,167.97 effective November 2025.

7. Admitted.

8. Denied. See response to paragraph 7.

9. Denied. See response to paragraph 7.

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Trustee's Motion to Modify Plan.

Respectfully submitted,

*/s/ Gary J. Imblum*
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 11-18-24

# CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO MODIFY PLAN upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

                                          IMBLUM LAW OFFICE, P.C.

                                          *Carol V. Shay*
                                          Carol V. Shay, Paralegal
                                          4615 Derry Street
                                          Harrisburg, PA 17111
                                          (717) 238-5250
                                          Fax No. (717) 558-8990
                                          gary.imblum@imblumlaw.com
                                          For Debtors

DATED: 11/18/2024