# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 3, 2024

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Eugene & Crystal Conrad
Chapter 13 - Bankruptcy Case No. 1:20-bk-03513

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

ATT MOBILITY
CO SEQUIUM ASSET SOLUTIONS LLC
2700 CUMBERLAND PKWY SE #200
ATLANTA GA 30339-3321

The Creditor's <u>previous</u> address was as follows:

ATT MOBILITY
CO SEQUIUM ASSET SOLUTIONS LLC
1130 NORTHCHASE PKWY STE 150
MARIETTA GA 30067-6429

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm