**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    EUGENE CHARLES CONRAD,
JR.
CHIP CONRAD, EUGENE C.
CONRAD
CRYSTAL M. CONRAD            CHAPTER 13
FKA CRYSTAL M. RILEY
           Debtor(s)


JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE           CASE NO: 1-20-03513-HWV
           Movant
vs.
EUGENE CHARLES CONRAD,
JR.
CHIP CONRAD, EUGENE C.
CONRAD
CRYSTAL M. CONRAD
FKA CRYSTAL M. RILEY
           Respondent(s)


## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 10, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    December 10, 2024           Respectfully submitted,

                         /s/   Douglas R. Roeder, Esquire
                         ID:  80016
                         Attorney for Trustee
                         Jack N. Zaharopoulos
                         Standing Chapter 13 Trustee
                         Suite A, 8125 Adams Drive
                         Hummelstown, PA 17036
                         Phone:  (717) 566-6097
                         email:  droeder@pamd13trustee.com

In Re:    EUGENE CHARLES CONRAD, JR.
    CHIP CONRAD, EUGENE C. CONRAD
    CRYSTAL M. CONRAD               CHAPTER 13
    FKA CRYSTAL M. RILEY
                 Debtor(s)

    JACK N. ZAHAROPOULOS
    CHAPTER 13 TRUSTEE             CASE NO: 1-20-03513-HWV
                Movant
    vs.
    EUGENE CHARLES CONRAD, JR.
    CHIP CONRAD, EUGENE C. CONRAD
    CRYSTAL M. CONRAD
    FKA CRYSTAL M. RILEY
                 Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:    January 8, 2025
Time:    09:35 AM
        Sylvia H. Rambo United States Courthouse
        Bankruptcy Courtroom 4B, 4th Floor
        1501 North 6th Street
        Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 18638.46**
   **AMOUNT DUE FOR THIS MONTH: $3167.97**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $21806.43**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any

other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
           **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    December 10, 2024        /s/  Douglas R. Roeder, Esquire
                                        ID:  80016
                                        Attorney for Movant
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        email:  info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    EUGENE CHARLES CONRAD, JR.
CHIP CONRAD, EUGENE C. CONRAD
CRYSTAL M. CONRAD                   CHAPTER 13
FKA CRYSTAL M. RILEY
               Debtor(s)


JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                  CASE NO: 1-20-03513-HWV
              Movant
vs.
EUGENE CHARLES CONRAD, JR.
CHIP CONRAD, EUGENE C. CONRAD
CRYSTAL M. CONRAD
FKA CRYSTAL M. RILEY
              Respondent(s)


## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 10, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

GARY J. IMBLUM, ESQUIRE          UNITED STATES TRUSTEE
4615 DERRY STREET              1501 NORTH 6TH STREET
HARRISBURG PA 17111-          PO BOX 302
                                HARRISBURG PA 17102


<u>SERVED BY FIRST CLASS MAIL</u>

EUGENE CHARLES CONRAD, JR.
CRYSTAL M. CONRAD
3329 RICKER DRIVE
PITTSBURGH PA 15227-


I certify under penalty of perjury that the foregoing is true and correct.

Date: December 10, 2024          /s/ Tammy Life
                               Office of the Standing Chapter 13 Trustee
                               Jack N. Zaharopoulos
                               Suite A, 8125 Adams Dr.
                               Hummelstown, PA 17036
                               Phone: (717) 566-6097
                               email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    EUGENE CHARLES CONRAD, JR.
AKA: CHIP CONRAD, EUGENE C.
CONRAD
CRYSTAL M. CONRAD
AKA: FKA CRYSTAL M. RILEY

                                       CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant                     CASE NO: 1-20-03513-HWV

vs.

EUGENE CHARLES CONRAD, JR.
AKA: CHIP CONRAD, EUGENE C.
CONRAD
CRYSTAL M. CONRAD
AKA: FKA CRYSTAL M. RILEY


**ORDER DISMSSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.