**20-03513-1-HWV**

| | | |
|---|---|---|
| EUGENE CHARLES CONRAD, JR. | | **7 Rmng of 60 Mos.** |
| CRYSTAL M. CONRAD | | |
| 3329 RICKER DRIVE | Atty: GARY J. IMBLUM, ESQUIRE | SSN: xxx-xx-3090  xxx-xx-8864 |
| | (717)238-5250 | Debtor Plan Payment: $3,167.97 / M |
| PITTSBURGH PA 15227- | | |
| Debtor Type: Joint | Emplyr: HALLIBURTON | |

----- Last 6 Payments -----

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed | 12/10/2020 | 06/09/2025 $577.37 | 04/29/2025 $577.37 | Total Paid In | $50,674.02 |
| First Mtg | 01/21/2021 | 05/27/2025 $577.37 | 04/16/2025 $577.37 | Base Amount | $80,539.38 |
| Confirmed | 07/29/2021 | 05/13/2025 $577.37 | 04/01/2025 $577.37 | Addtl Amount | $0.00 |
| Plan Filed | 12/16/2020 | | | Total Base Amount | $80,539.38 |
| Start Pmts | 01/15/2021 | | | | |
| Bar Date | 02/18/2021 | | | | |

**Debtor Graduated Payments**

| | | | | | | |
|---|---|---|---|---|---|---|
| Start Date 1/2/2021 | End Date 11/2/2024 | $39,355.77 | Per = | $39,355.77 |
| Start Date 12/2/2024 | End Date 12/2/2025 | $3,167.97 | Per Month = | $41,183.61 |

Okay to Pay: Y

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GARY J. IMBLUM, ESQUIRE | | | 000-0 | 8/17/2022 | Lgl | | | 11 | $11,259.42 | $9,727.42 | $11,259.42 $1,532.00 | | $0.00 |
| GARY J. IMBLUM, ESQUIRE | | | 000-1 | 2/14/2024 | Lgl | | | 12 | $4,014.06 | $4,014.06 | | | $0.00 |
| GARY J. IMBLUM, ESQUIRE | | | 000-2 | 2/14/2024 | Lgl | | | 12 | $3,155.03 | $3,155.03 | | | $0.00 |
| GARY J. IMBLUM, ESQUIRE | | | 000-3 | 2/14/2024 | Lgl | | | 12 | $2,050.17 | $2,050.17 | | | $0.00 |
| GARY J. IMBLUM, ESQUIRE | | | 000-4 | 1/15/2025 | Lgl | | | 12 | $2,606.17 | $2,606.17 | | | $0.00 |
| GARY J. IMBLUM, ESQUIRE | | $1,062.36 | 000-5 | | Lgl | | | 12 | $3,083.64 | | | | $3,083.64 Obj/Reserve |
| ALLY FINANCIAL | | | 002-0 | 3/18/2025 | Sec A | | | 24 | $3,018.46 | $3,018.46 | $26,508.56 | | $0.00 |
| ALLY FINANCIAL | | | 002-1 | 3/18/2025 | Sec A | | | 24 | $5,005.58 | $5,005.58 | $26,508.56 | | $0.00 |
| WELLS FARGO | | | 003-0 | | Uns | | | 33 | $0.00 | | $9,099.81 | | CrPaid |
| WELLS FARGO | | | 004-0 | | Uns | | | 33 | $0.00 | | $4,574.66 | | CrPaid |
| CAPITAL ONE BANK | | | 005-0 | 5/14/2025 | Uns | | | 33 | $1,360.30 | $86.75 | $1,360.30 | | $1,273.55 6.38 |
| DISCOVER | | | 006-0 | 5/14/2025 | Uns | | | 33 | $721.94 | $46.04 | $721.94 | | $675.90 6.38 |
| MIDLAND CREDIT MGMT; MIDLAND F | | | 007-0 | 5/14/2025 | Uns | | | 33 | $1,271.72 | $81.10 | $1,271.72 | | $1,190.62 6.38 |
| WELLS FARGO | | | 008-0 | | Sec | | | 24 | $0.00 | | $1,045.41 | | Direct |
| WELLS FARGO | | | 008-1 | 5/14/2025 | Uns | | | 33 | $831.64 | $53.04 | $1,877.05 | | $778.60 2.83 |
| WELLS FARGO | | | 009-0 | 5/14/2025 | Uns | | | 33 | $2,322.94 | $148.14 | $2,322.94 | | $2,174.80 6.38 |
| CREDIT ACCEPTANCE CORPORATION | | | 010-0 | 10/23/2024 | Sec | | | 24 | $18,900.70 | $7,451.64 | $16,171.72 | | Surrndrd |
| U.S.DEPARTMENT OF EDUCATION | $1,113.28 | | 011-0 | | Uns | | | 33 | $17,457.26 | | $17,457.26 | | $17,457.26 Obj/Reserve |
| INTERNAL REVENUE SERVICE | | | 012-0 | 3/14/2024 | Pri | | | 13 | $1,042.82 | $1,042.82 | $1,503.44 | | $0.00 |
| INTERNAL REVENUE SERVICE | | | 012-1 | 5/14/2025 | Uns | | | 33 | $460.62 | $29.37 | $1,503.44 | | $431.25 1.95 |
| DISCOVER PERSONAL LOANS | | | 013-0 | 5/14/2025 | Uns | | | 33 | $6,469.29 | $412.56 | $6,469.29 | | $6,056.73 6.38 |

Continued on Next Page

"EXHIBIT A"

**20-03513-1-HWV**

EUGENE CHARLES CONRAD, JR.  
CRYSTAL M. CONRAD

**7 Rmng of 60 Mos.**

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AT&T MOBILITY | | | 014-0 | 5/14/2025 | Uns | | | 33 | $639.95 | $40.81 | $639.95 | | $599.14 6.38 |
| PORTFOLIO RECOVERY ASSOCIATES | | | 015-0 | 5/14/2025 | Uns | | | 33 | $2,940.57 | $187.53 | $2,940.57 | | $2,753.04 6.38 |
| PORTFOLIO RECOVERY ASSOCIATES | | | 016-0 | 5/14/2025 | Uns | | | 33 | $4,452.99 | $283.97 | $4,452.99 | | $4,169.02 6.38 |
| PORTFOLIO RECOVERY ASSOCIATES | | | 017-0 | 5/14/2025 | Uns | | | 33 | $5,542.63 | $353.46 | $5,542.63 | | $5,189.17 6.38 |
| FREEDOM MORTGAGE CORPORATION | | | 018-0 | | Sec | | | 24 | $0.00 | | $158,616.47 | | Surrndrd |
| BASS & ASSOCIATES PC | | | 019-0 | 5/14/2025 | Uns | | | 33 | $716.69 | $45.71 | $716.69 | | $670.98 6.38 |
| PENNSYLVANIA TURNPIKE COMMISSI | | | 020-0 | 5/14/2025 | Uns | | | 33 | $1,008.70 | $64.32 | $1,008.70 | | $944.38 6.38 |
| COMMONWEALTH OF PENNSYLVANIA | | | 021-0 | 3/14/2024 | Pri | | | 13 | $1,153.74 | $1,153.74 | $1,153.74 | | $0.00 |
| KEYSTONE COLLECTIONS GROUP | | | 022-0 | 3/14/2024 | Pri | | | 13 | $3,232.20 | $3,232.20 | $3,232.20 | | $0.00 |
| FOUNDATION FINANCE COMPANY | | | 301-0 | | Sec | | | 24 | $0.00 | | $3,715.12 | | Direct |
| ROUNDPOINT MORTGAGE SERVICING | | | 700-0 | | Sec | | | 24 | $0.00 | | | | Not Filed |
| AES/NCTR | | | 701-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| FOUNDATION FINANCE COMPANY | | | 702-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| FREEDOM DEBT RELIEF | | | 703-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| HILLCREST DAVIDSON & A | | | 704-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| HUMANA MILITARY | | | 705-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| MILITARY STAR | | | 706-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| MS HERSHEY MEDICAL CENTER | | | 707-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| PENN STATE HEALTH | | | 708-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| SYNCB/PPC | | | 709-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| GARY J. IMBLUM, ESQUIRE | | | 998-0 | | Lgl | | | 90 | $0.00 | | | | Withdrwn |
| Jack N. Zaharopoulos | | | TRS-0 | 6/9/2025 | Tru | | | 00 | $4,726.86 | $3,651.71 | | | $1,075.15 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | | | | | | | $90,545.39 | $47,941.80 | | $0.00 | |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | - Amount Available | $556.58 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $15,475.68 | $5,428.76 | $46,197.24 | $0.00 | $26,168.49 | $0.00 | $4,726.86 | | - Funds Held | $2,175.64 |
| Total Paid | $15,475.68 | $5,428.76 | $1,832.80 | $0.00 | $21,552.85 | $0.00 | $3,651.71 | | Principal Balance | $45,791.01 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | Debtor Refunds | $0.00 |
| Total Direct Pd | $0.00 | $0.00 | $0.00 | $0.00 | $1,532.00 | | $0.00 | | | |
| Balance Due | $0.00 | $0.00 | $44,364.44 | $0.00 | $3,083.64 | | $1,075.15 | | Base Amount Bal | $29,865.36 |
| | | | | | | | | | Delinquent | $7,689.57 |