IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| EUGENE CHARLES CONRAD JR. | : | CASE NO. 1:20-bk-03513-HWV |
| aka EUGENE C. CONRAD | : | |
| aka CHIP CONRAD | : | CHAPTER 13 |
| CRYSTAL M. CONRAD | : | |
| fka CRYSTAL M. RILEY | : | |
| Debtors | : | |

### ORDER OF COURT
### PERMITTING SIXTH APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Sixth Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $2,808.75 for fees and $239.89 for costs, for a net amount due of $3,048.64 for the time period of October 11, 2024 through May 23, 2025.