IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| EUGENE CHARLES CONRAD JR. | : | CASE NO. 1:20-bk-03513-HWV |
| aka EUGENE C. CONRAD | : | |
| aka CHIP CONRAD | : | CHAPTER 13 |
| CRYSTAL M. CONRAD | : | |
| fka CRYSTAL M. RILEY | : | |
| Debtors | : | |
| | : | |
| EUGENE CHARLES CONRAD JR. | : | |
| aka EUGENE C. CONRAD | : | |
| aka CHIP CONRAD | : | |
| CRYSTAL M. CONRAD | : | |
| fka CRYSTAL M. RILEY | : | |
| Objectants | : | |
| | : | |
| vs. | : | |
| | : | |
| CREDIT ACCEPTANCE | : | |
| CORPORATION | : | |
| Claimant | : | |

## ORDER

Upon consideration of Debtors' Objection to Amended Proof of Claim of Credit Acceptance Corporation, claim number 1;

**IT IS HEREBY ORDERED AND DECREED**, that Claim number 1 filed by Credit Acceptance Corporation is a secured claim.