IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> **EUGENE CHARLES CONRAD JR.** <br> aka **EUGENE C. CONRAD** <br> aka **CHIP CONRAD** <br> **CRYSTAL M. CONRAD** <br> fka **CRYSTAL M. RILEY** <br>     Debtors | CASE NO. 1:20-bk-03513-HWV <br><br> CHAPTER 13 |
| **EUGENE CHARLES CONRAD JR.** <br> aka **EUGENE C. CONRAD** <br> aka **CHIP CONRAD** <br> **CRYSTAL M. CONRAD** <br> fka **CRYSTAL M. RILEY** <br>     Objectants <br><br> vs. <br><br> **CREDIT ACCEPTANCE CORPORATION** <br>     Claimant | |

## WITHDRAWAL OF DEBTORS' OBJECTION TO AMENDED PROOF OF CLAIM OF CREDIT ACCEPTANCE CORPORATION (CLAIM NO. 1)

Debtors hereby withdraw their Objection to Amended Proof of Claim of Credit Acceptance Corporation (Claim No. 1) in the above matter.

Respectfully submitted,

**IMBLUM LAW OFFICES, P.C.**

_/s/ Gary J. Imblum_
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street, Harrisburg, PA 17111
(717) 238-5250; Fax No. (717) 558-8990
Gary.Imblum@imblumlaw.com
Attorney for Debtors

Dated: 9/23/25

## CERTIFICATE OF SERVICE

I, Carol V. Shay, Paralegal, hereby certify that I have served a copy of the foregoing WITHDRAWAL OF DEBTORS' OBJECTION TO AMENDED PROOF OF CLAIM OF CREDIT ACCEPTANCE CORPORATION (CLAIM NO. 1) on the following person(s) by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania addressed to:

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
VIA E-SERVICE

CREDIT ACCEPTANCE CORPORATION
25505 W. 12 MILE ROAD
SOUTHFIELD, MI 48034

WILLIAM E. CRAIG                                             wcraig@egalawfirm.com
EISENBERG GOLD AND AGRAWAL, P.C.
VIA E-SERVICE

IMBLUM LAW OFFICES, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg PA 17111
717 238-5250
Fax No. (717) 558-8990
Gary.Imblum@imblumlaw.com

Dated: 9/23/2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>EUGENE CHARLES CONRAD JR.<br>aka EUGENE C. CONRAD<br>aka CHIP CONRAD<br>CRYSTAL M. CONRAD<br>fka CRYSTAL M. RILEY<br>    Debtors | : | CASE NO. 1:20-bk-03513-HWV<br><br>CHAPTER 13 |
| EUGENE CHARLES CONRAD JR.<br>aka EUGENE C. CONRAD<br>aka CHIP CONRAD<br>CRYSTAL M. CONRAD<br>fka CRYSTAL M. RILEY<br>    Objectants<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION<br>    Claimant | : | |

## CERTIFICATE OF CONCURRENCE

I, Gary J. Imblum, e-mailed the Withdrawal of Debtors' Objection to Amended Proof of Claim of Credit Acceptance Corporation (Claim No. 1) to Claimant's counsel, William E. Craig, Esquire, on September 23, 2025 and obtained concurrence.

IMBLUM LAW OFFICES, P.C.

_____
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street, Harrisburg, PA 17111
(717) 238-5250; Fax No. (717) 558-8990
Gary.Imblum@imblumlaw.com
Attorney for Debtors

Dated: 9/23/25