IN RE:  EUGENE CHARLES CONRAD, JR.  : CHAPTER 13
CRYSTAL M. CONRAD  :
    Debtors  :
      :
JACK N. ZAHAROPOULOS  :
STANDING CHAPTER 13 TRUSTEE  :
    Movant  :
      :
    vs.  :
      :
EUGENE CHARLES CONRAD, JR.  : CHAPTER 13
CRYSTAL M. CONRAD  :
    Respondents  : CASE NO.  1-20-bk-03513-HWV

## ORDER

Upon consideration of the Trustee's Motion for Status Conference pursuant to §105(d),

IT IS HEREBY ORDERED that a Status Conference is scheduled for May 5, 2026, at 9:30 a.m. with a representative for the following parties being directed to appear: The Chapter 13 Trustee, Gary Imblum and the U.S Department of Education.