In re:                                                                    Case No. 20-03513-HWV

Eugene Charles Conrad, Jr.                                                 Chapter 13

Crystal M. Conrad
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

^                        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5385613 | ^ MEBN | Apr 13 2026 18:35:48 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 2 Crystal M. Conrad gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Eugene Charles Conrad  Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | |

District/off: 0314-1

Date Rcvd: Apr 13, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

on behalf of Creditor Swatara Township Stormwater Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Mario J. Hanyon

on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

Matthew K. Fissel

on behalf of Creditor Foundation Finance Company bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew K. Fissel

on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   EUGENE CHARLES CONRAD, JR.    : CHAPTER 13
     CRYSTAL M. CONRAD    :
       Debtors    :
         :
     JACK N. ZAHAROPOULOS    :
     STANDING CHAPTER 13 TRUSTEE    :
       Movant    :
         :
       vs.    :
         :
     EUGENE CHARLES CONRAD, JR.    :
     CRYSTAL M. CONRAD    :
       Respondents    : CASE NO. 1:20-bk-03513-HWV

## ORDER

Upon consideration of the Trustee's Motion for Status Conference pursuant to 11

U.S.C. § 105(d), Doc. 155, it is

**ORDERED** that a Status Conference is scheduled for May 5, 2026, at 9:30 a.m. in the

United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy

Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg,

PA 17102 with a representative for the following parties being directed to appear: The Chapter

13 Trustee, Gary Imblum, Esq., and the U.S Department of Education.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 13, 2026