# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

April 30, 2026

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE:    Eugene Charles Conrad, Jr. and Crystal M. Conrad
Chapter 13, Bankruptcy Case No. 1:20-bk-03513 HWV

Dear Clerk:

Please be advised that the address for Debtors has changed to the following:

6717 Monroe Avenue
West Mifflin, PA 15122-2743

The Debtor's <u>previous</u> address was as follows:

3329 Recker Drive
Pittsburgh, PA 15227

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J Imblum*

Gary J. Imblum

GJI/srm

cc:    Jack N. Zaharopoulos (Trustee)
Via E-Service