United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Eugene Charles Conrad, Jr.

Crystal M. Conrad

Debtors

Case No. 20-03513-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: Jun 02, 2026

User: AutoDocke

Form ID: 3180W

Page 1 of 4

Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | | Eugene Charles Conrad, Jr., Crystal M. Conrad, 6717 Monroe Avenue, West Mifflin, PA 15122-2743 |
| aty | + | Jason Brett Schwartz, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 5379087 | | ATT MOBILITY, CO SEQUIUM ASSET SOLUTIONS LLC, 2700 CUMBERLAND PKWY SE No. 200, ATLANTA GA 30339-3321 |
| 5379096 | + | Exchange Service, PO Box 740813, Cincinnati, OH 45274-0813 |
| 5379097 | + | Fed Loan Servicing, Attn: Bankruptcy, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5451779 | | Foundation Finance Company, 10101 Market St Ste A130, Rothschild, WI 54474-7965 |
| 5384419 | + | Foundation Finance Company, LLC, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 5379102 | + | Humana Military, PO Box 740061, Louisville, KY 40201-7461 |
| 5379104 | + | Kenneth Riley, 6717 Monroe Avenue, West Mifflin, PA 15122-2743 |
| 5483885 | + | Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 5379106 | + | MS Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5379107 | | PAM-PA Turnpike, 700 S Eisenhower Blvd., Middletown PA 17057-5529 |
| 5379108 | + | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5414580 | + | Pennsylvania Turnpike Commission, Albert C. Peters II, PO Box 67676, Harrisburg, PA 17106-7676 |
| 5379111 | + | Phyllis Cook, 427 Livingston Road, West Mifflin, PA 15122-2524 |
| 5545506 | + | Swatara Township Stormwater Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5545505 | + | Swatara Township Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | Jun 02 2026 22:46:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 02 2026 22:46:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 02 2026 22:46:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jun 02 2026 18:50:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | + | EDI: WFCCSBK | Jun 02 2026 22:46:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 5379084 | + | EDI: AAFES | Jun 02 2026 22:46:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 5379085 | + | Email/Text: bncnotifications@pheaa.org | Jun 02 2026 18:50:00 | AES/NCTR, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5388823 | + | EDI: ATTWIREBK.COM | Jun 02 2026 22:46:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, |

BEDMINSTER, NJ. 07921-2693

| | | | |
|---|---|---|---|
| 5380718 | EDI: GMACFS.COM | Jun 02 2026 22:46:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5422973 | + EDI: AISACG.COM | Jun 02 2026 22:46:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5379086 | + EDI: GMACFS.COM | Jun 02 2026 22:46:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5390835 | + EDI: AAFES | Jun 02 2026 22:46:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5379088 | + EDI: TSYS2 | Jun 02 2026 22:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5385917 | Email/Text: ebnnotifications@creditacceptance.com | Jun 02 2026 18:50:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 5379089 | + EDI: CAPITALONE.COM | Jun 02 2026 22:46:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5381205 | EDI: CAPITALONE.COM | Jun 02 2026 22:46:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5379090 | + EDI: CAPITALONE.COM | Jun 02 2026 22:46:00 | Capital One/Bass Pro, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5476566 | + Email/Text: Bankruptcy@keystonecollects.com | Jun 02 2026 18:50:00 | Central Dauphin School District & Swatara Township, c/o Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 5379091 | EDI: CITICORP | Jun 02 2026 22:46:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5379092 | + Email/Text: bankruptcy@credencerm.com | Jun 02 2026 18:50:00 | Credence Resource Mangement, LLC, PO Box 2390, Southgate, MI 48195-4390 |
| 5379093 | + Email/Text: ebnnotifications@creditacceptance.com | Jun 02 2026 18:50:00 | Credit Acceptance, Attn: Bankruptcy Dept, 25505 West 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 5381486 | EDI: DISCOVER | Jun 02 2026 22:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5379094 | + EDI: DISCOVER | Jun 02 2026 22:46:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5379095 | + EDI: DISCOVERPL | Jun 02 2026 22:46:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5386981 | + EDI: DISCOVERPL | Jun 02 2026 22:46:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5379098 | Email/Text: bankruptcy@foundationfinance.com | Jun 02 2026 18:50:00 | Foundation Finance Company, Attn: Bankruptcy, PO Box 437, Schofield, WI 54476 |
| 5379100 | Email/Text: bk@freedomfinancialnetwork.com | Jun 02 2026 18:50:00 | Freedom Debt Relief, 4940 South Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 5379099 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 02 2026 18:50:00 | Freedom Mortgage, PO Box 6656, Chicago, IL 60680-6656 |
| 5390539 | Email/Text: Bankruptcy@Freedommortgage.com | Jun 02 2026 18:50:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5379101 | Email/Text: ahamilton@hillcrestdavidson.com | Jun 02 2026 18:50:00 | Hillcrest Davidson A, Attn: Bankruptcy, 1771 International Pkwy Ste 101, Richardson, TX 75081-1865 |
| 5379082 | EDI: IRS.COM | Jun 02 2026 22:46:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |

| 5381915 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2026 18:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5379105 | + EDI: AAFES | Jun 02 2026 22:46:00 | Military Star, The Exchange, PO Box 740890, Cincinnati, OH 45274-0890 |
| 5379083 | EDI: PENNDEPTREV | Jun 02 2026 22:46:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5388923 | EDI: PRA.COM | Jun 02 2026 22:46:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5384951 | Email/Text: Bankruptcy@BAMcollections.com | Jun 02 2026 18:50:00 | Penn State Hershey Medical Center, c/o Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5379109 | + EDI: PENNDEPTREV | Jun 02 2026 22:46:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5379110 | ^ MEBN | Jun 02 2026 18:45:29 | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5414580 | + Email/Text: CustomerBankrNotice@paturnpike.com | Jun 02 2026 18:50:00 | Pennsylvania Turnpike Commission, Albert C. Peters II, PO Box 67676, Harrisburg, PA 17106-7676 |
| 5379112 | + Email/Text: bknotice@raslavrar.com | Jun 02 2026 18:50:00 | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 5379113 | ^ MEBN | Jun 02 2026 18:45:29 | RoundPoint Mortgage Servicing Corp, Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 5379114 | + EDI: SYNC | Jun 02 2026 22:46:00 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5379115 | + Email/Text: bankruptcydepartment@tsico.com | Jun 02 2026 18:50:00 | Transworld Systems, Inc., PO Box 15110, Wilmington, DE 19850-5110 |
| 5385613 | ^ MEBN | Jun 02 2026 18:45:29 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5379116 | + EDI: WFHOME | Jun 02 2026 22:46:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5380743 | EDI: WFCCSBK | Jun 02 2026 22:46:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5382438 | EDI: WFCCSBK | Jun 02 2026 22:46:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5379117 | EDI: WFFC | Jun 02 2026 22:46:00 | Wells Fargo Educational Financial, Attn: Bankruptcy, PO Box 5185, Sioux Falls, SD 57117 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Swatara Township Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5379103 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5476567 | *+ | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5380777 | * | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 2 Crystal M. Conrad gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Eugene Charles Conrad  Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor Swatara Township Stormwater Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Foundation Finance Company bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Eugene Charles Conrad Jr. | Social Security number or ITIN xxx–xx–3090 |
| | First Name Middle Name Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Crystal M. Conrad | Social Security number or ITIN xxx–xx–8864 |
| | First Name Middle Name Last Name | EIN __–_____ |
| United States Bankruptcy Court Middle District of Pennsylvania | | |
| Case number: 1:20–bk–03513–HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eugene Charles Conrad Jr.
aka Eugene C. Conrad, aka Chip Conrad

Crystal M. Conrad
fka Crystal M. Riley

**By the court:**

6/2/26

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**Chapter 13 Discharge**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:20-bk-03513-HWV    Doc 165    Filed 06/04/26    Entered 06/05/26 00:32:23    Desc
Imaged Certificate of Notice    Page 7 of 7